

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 31 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY THOMAS**                                                                                     **PLAINTIFF**

v.                              **CASE NO. 3:04CV309GTE**

**VINCENT BAZILE, J. B. HAUER AND**                                                   **DEFENDANTS**
**UNION PACIFIC RAILROAD COMPANY**

### ORDER OF DISMISSAL

Upon joint motion of the parties, upon representation to the Court that this matter has been resolved by compromised settlement, and for other good cause having been shown, Plaintiff's cause of action against Defendants is hereby dismissed, in its entirety, with prejudice.

BE SO ORDERED on this ___31st___ day of August, 2006.

_____
THE HONORABLE G. THOMAS EISELE

PREPARED BY:

_____
Scott J. Lancaster
Friday, Eldredge & Clark
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
(50) 376-2011
*Attorneys for Defendants*


APPROVED AS TO FORM:

_____
Lawrence W. Jackson
Rieves, Rubens & Mayton
304 East Broadway
West Memphis, Arkansas 72303
(870)735-3420
*Attorneys for Plaintiff*